

# CHRIS DANIEL     01-15-00054-CR

### HARRIS COUNTY DISTRICT CLERK

January 7, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 3:23:01 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE RUBEN GUERRERO
174TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name: DAMIAN SCOTT

Cause No: 1410123

Court: 174TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 12-19-14
**Sentence Imposed Date:** 12-2-14
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L. Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
   District Attorney
   Appellate Division
   Harris County, Texas

   B J ORSACK (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. __14/01/2__ / __14/01/2__ 2

## THE STATE OF TEXAS

_Damian Scott_ , A/K/A/ _____ V.

_____ 174th District Court / County Criminal Court at Law No. _____

**Harris County, Texas**

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On _____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☑ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

_12/19/14_
**Date**

_Damian Scott_
**Defendant (Printed name)**

_Paul M. John_
**Attorney (Signature)**

_Paul St. John_
**Attorney (Printed name)**

_18986580_
**State Bar Number**

_111 W. 15th St. Houston, TX 77008_
**Address**

_(713) 869-9499_
**Telephone Number**

**FILED**
Chris Daniel
District Clerk
**DEC 19 2014**
Time:_____
Harris County, Texas
By_____
Deputy

**The defendant (check all that apply):**

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_Damian Scott_
**Defendant (Signature)**

_DAMIAN Scott_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _12/19/2014_

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __12/19/2014__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: __12/19/2014__

_____
**JUDGE PRESIDING,**
☐ **DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO. ____,**
**HARRIS COUNTY, TEXAS**

 

Cause No. _1410123_

THE STATE OF TEXAS

v.

_Damian Scott_ , Defendant

IN THE _174th_ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

FILED
Chris Daniel
District Clerk

DEC 19 2014

Time:_____
Harris County, Texas
By_____
Deputy

_____
Judge

_12/19/2014_
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X_____
Defendant

_Paul St. John_
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: _18986580_

Mailing Address: _111 W. 15th St. Austin 77703_

Telephone number: _(713) 869-9499_

Fax number (if any): _(713) 869-9912_

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

**CLERK**                                                                                          9/1/2011

Cause No. 1410123_____

| | | |
|---|---|---|
| STATE OF TEXAS COURT | § | IN THE 174TH_____ DISTRICT |
| | § | |
| v. | § | |
| | § | |
| | § | |
| SCOTT, DAMIAN _____ | § OF HARRIS COUNTY, TEXAS | |
| Defendant | | |

**F I L E D**

Chris Daniel
District Clerk

### ADVICE OF DEFENDANT'S RIGHT TO APPEAL

DEC 3 0 2014

The Court, pursuant to TEX. R. APP. P. 25.2, advises the Defendant as follows:

Time:_____
Harris County, Texas

1. Texas law gives a defendant convicted of a crime the right to appeal his conviction.

By_____
Deputy

2. If you **pled guilty** or **no contest** and accepted the punishment recommended by the prosecutor, however, you **cannot** appeal your conviction unless this Court gives you permission. If you **waived** or gave up your right to appeal, you **cannot** appeal your conviction.

3. If you did not plead guilty, you may have the right to appeal. If you want to appeal, you must give notice of appeal **in writing** to this Court's clerk within **30 days**.

4. If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address. You must tell your attorney, in writing, of any **change in your address**.

5. If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review within **30 days** of the opinion's issuance in the court of appeals. If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review.

**The Defendant declares the following to the Court** (choose one):

1. ☑ I read and write English. I have read and I understand this document. __D. S.__ (Defendant initial here if true); or

2. ☐ I speak English. _____ (name reader) read this document to me. I understand its contents. _____ (Defendant initial here if true); or

3. ☐ I do not speak English. _____ (name translator) translated this document for me. I understand its contents. _____ (Defendant initial here if true.)

_Damian Scott Signed by Paul John_ on behalf of D. S.
Defendant's signature

Sworn to and subscribed before me on __12/19/2014__.

_____
Harris County Deputy District Clerk

_____
PRESIDING JUDGE
174th District Court
Harris County, T E X A S

# APPEAL CARD

*18*

**Court** 174th    1-31-15    **Cause No.** 1410123

### The State of Texas
### Vs
Darian Scott

12-2-14

**Date Notice Of Appeal:** 12/19/2014

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** Ruben Guerrero

**Court Reporter** B.J. Orsack

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** N/A

**Attorney on Appeal**_____

**Appointed**_____ **Hired**_____

**Offense** Evad. Arrest / Detention w/Prev.

**Jury Trial:**    Yes_____ No ✓

Court Trial

**Punishment Assessed** 4 years TDC

**Companion Cases (If Known)** 1410122

**Amount of Appeal Bond**_____

**Appellant Confined:**    Yes ✓    No_____

**Date Submitted To Appeal Section** 1-5-15

**Deputy Clerk** _____